JEAN KENNER, Respondent, v. SOLOMON K. KENNER, Appellant.— Order, in so far as appealed from, denying defendant's motion to modify a final judgment of

divorce by decreasing the amount of alimony from forty dollars to thirty dollars a week, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.